AO 91 (Rev. 5/85) Criminal Complaint                                    AUSA Mike Mueller

# United States District Court

Eastern _____   **DISTRICT OF** ___ Michigan ___

UNITED STATES OF AMERICA

v.

Joshua Earl Ott &
Wesley Harrison Chaney

## CRIMINAL COMPLAINT

CASE NUMBER: 06-30225

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **May 2, 2006** in **St. Clair** county, in the **Eastern** District of **Michigan** defendant (s), (Track Statutory Language of Offense) did knowingly or in reckless disregard of the fact that an alien has come to, entered, or remains in the United States in violation of law, transport, or moves or attempts to transport or move such aliens within the United States by means of transportation or otherwise, in furtherance of such violation of law;

in violation of Title **8** United States Code, Section(s) **1324 (a) (1) (A) (ii)**

I further state that I am a (n) **Border Patrol Agent** and that this complaint is based on the following facts:

Official Title

FILED
MAY 04 2006
CLERK'S OFFICE
DETROIT

See attached Affidavit

Continued on the attached sheet and made a part hereof:       ☒ Yes   ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

Michael T. Green

_____

U.S. Magistrate Judge

May 4, 2006                          Detroit, Michigan

Date                                 City and State

Steven D. Pepe
U.S. Magistrate Judge

Name & Title of Judicial Officer            Signature of Judicial Officer

## AFFIDAVIT

The affiant being duly deposed and sworn states:

1. I, Michael T. Green, am currently employed by the Department of Homeland Security, Customs and Border Protection, U.S. Border Patrol, as a Senior Patrol Agent at Port Huron, Michigan. I have been an agent with the Border Patrol since September of 1995.

2. The information in this affidavit is presented for the limited purpose of establishing probable cause. This affidavit, therefore, may not contain all of the information gathered during this investigation. I know the following to be true through investigation.

3. On May 2, 2006 at 2150 I was patrolling the border on Harsens Island in a marked Border Patrol Sedan. At that time I observed a small boat exit the Chematoga Canal on the Canadian side of the St. Clair River. The boat was traveling in Canadian waters towards the Sans Souci Bar located on Harsens Island. Smugglers often use the area surrounding the Sans Souci Bar as a drop off point for individuals and contraband being brought into the United States. As I continued to drive down South Channel Drive along the St. Clair River, I observed a 1995 Pontiac sedan, Michigan plate WLC 912, parked on the side of the road near the river. I also observed one individual in the driver's seat of the vehicle. I traveled approximately 1 mile further and stopped on the side of the road in an attempt to locate the small boat. As I stopped, I heard a boat engine power up and accelerate away from my location and head towards Canada. The sound of the boat was behind my vehicle in the vicinity of the Pontiac sedan.

4. I turned my marked unit around and proceeded in the direction of the Pontiac sedan. As I did so, I observed taillights ahead traveling away from the area that the sedan had been parked in. I accelerated and caught up to the vehicle. Now there were four occupants in the vehicle. Based upon my earlier observations of the boat, the notoriety of the area, the vicinity to the international

border, and the fact that now three additional people were in the car, I stopped the vehicle to perform an immigration inspection.

5. I approached the vehicle on foot and identified myself as a Border Patrol Agent. The four occupants were then questioned as to their citizenship. The driver, Joshua Earl Ott, claimed to be a U.S. citizen. The passenger, Wesley Chaney, claimed to be a Native American with Canadian and U.S. citizenship. A rear seat passenger, Wilfred Burns, claimed to be a Canadian citizen and the other rear seat passenger, Latchman Leonard, stated that he was a citizen of Guyana. Subject Leonard also stated that he was not in possession of valid immigration documents. Based upon this information, all four subjects were transported to the Marysville Station for further investigation and processing.

6. Agent Eric Gough read the defendants their Miranda warnings as per the I-214 card in the English language. Rights were witnessed by SBPA Forlastro. The defendants stated they understood their rights and were willing to make statements without an attorney present.

7. Subject Latchman Leonard claims he paid an unknown person $3,500.00 U.S. funds to be smuggled into the United States. After flying to Toronto from Guyana, he was taken by car to an unknown location where he was loaded into a small boat. After a short trip, he was told to exit the boat and a vehicle would be waiting for him. He came upon the vehicle and got in as instructed. Subject claims that two people, later identified as Joshua Ott and Wesley Chaney, were already in the vehicle when he got in.

8. Subject Wilfred Burns claims that he also paid an unknown person $3,500.00 U.S. funds to be smuggled to the United States. He claims that he attempted to enter the United States legally but was denied admission based upon his criminal history. Burns stated he and subject Latchman were transported together by small boat and dropped off where a vehicle was waiting them.

9. Based on the foregoing, the affiant has probable cause to believe that Joshua Earl Ott and Wesley Harrison Chaney, in violation of 8 USC 1324(a)(1)(A)(ii), did knowingly and in reckless disregard of the fact that an alien has come to, entered, or remains in the United States in

violation of law, transports, or moves or attempts to transport or move such aliens within the United States by means of transportation or otherwise, in furtherance of such violation of law.

That further affiant sayeth not.

Michael T. Green, Senior Patrol Agent
Customs and Border Protection
U.S. Border Patrol

Sworn and subscribed before me this 4th day of May 2006.

United States Magistrate Judge
Detroit, Michigan
May 4, 2006